Opinion filed September 10, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed September 10, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00074-CV

                                           __________

 

                                        JAMES DE MOSS, Appellant

 

                                                             V.

 

                               CHARLES
COTHRON ET AL, Appellees

 



 

                                         On
Appeal from the 259th District Court

 

                                                           Jones
County, Texas

 

                                                    Trial
Court Cause No. 20752

 



 

                                              M E
M O R A N D U M   O P I N I O N

In
April 2005, James De Moss sued Correctional Officer Charles Cothron, Captain
Ronnie Williams, Property Officer Janay Williams, Sergeant Denis Hawkins,
Correctional Officer Patrick Martin, Correctional Officer Donald Davis,
Assistant Warden Stacey Jackson, Assistant Warden Cary Cook, and Mailroom
Supervisor Amanda McCree for various negligence, abuse, tort, retaliation, and 
civil rights claims.  On February 23, 2009, appellees filed a motion for
dismissal for want of prosecution pursuant to Tex.
R. Civ. P. 165a.  The trial court granted the motion and dismissed the
case.  We affirm.








Appellant
has filed various motions, responses, documents, and a brief in which he
challenges the dismissal of his claims.  He argues that the trial court
violated his freedom of speech.  He also contends that a motion to recuse was
pending before the trial court and, therefore, that the delay of four years was
due to the trial court=s
inaction not to his actions.  The record before this court does not support any
of appellant=s
contentions.

All
of appellant=s
arguments have been considered.  Each is overruled.  The order of the trial
court is affirmed.

 

PER CURIAM

 

September 10,
2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.